STATE OF NEW JERSEY v. RONALD GLOVER.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. NECOSEOUS YOUNG.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DARREN BOYKINS.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MILTON V. COVINGTON.

March 1, 1983.

Petition for certification denied.

EDWARD L. MCMENAMY v. DIRECTOR, DIVISION
OF TAXATION.

March 1, 1983.

Petition for certification granted.